IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JONATHAN DEWAYNE LAMBERT                                                                      PLAINTIFF

v.                                             Case No. 5:13-CV-05222

AMY DRIVER, Prosecuting Attorney;
JUDGE RAY REYNOLDS; and
JUDGE WILLIAM STOREY                                                                          DEFENDANTS

**O R D E R**

Currently before the Court are the findings and recommendations (Doc. 8) filed in this case on March 11, 2014, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. No objections have been filed, and the time period for filing objections has passed.

After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that Plaintiff's complaint is DISMISSED WITH PREJUDICE as seeking relief from defendants who are immune from suit.

The Clerk is directed to place a § 1915(g) strike on this case.

Judgment will be entered accordingly.

IT IS SO ORDERED this 2nd day of June, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE